UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCELYN BALLARD | CIVIL ACTION |
| VERSUS | NO: 07-343 |
| BUNGE NORTH AMERICA, INC. | SECTION: "J" (4) |

**ORDER**

Before the Court is Plaintiff's Motion for a New Trial or the Amend Judgment (Rec. Doc. 95).

"A Rule 59(e) motion 'calls into question the correctness of a judgment.' [The Fifth Circuit Court of Appeals] has held that such a motion is not the proper vehicle for rehashing evidence, legal theories, or arguments that could have been offered or raised before the entry of judgment. Rather, Rule 59(e) 'serve[s] the narrow purpose of allowing a party to correct manifest errors of law or fact or to present newly discovered evidence.' Reconsideration of a judgment after its entry is an extraordinary remedy that should be used sparingly." *Templet v. HydroChem Inc.*, 367 F.3d 473, 478-79 (5th Cir. 2004) (citations omitted). This Court may properly decline to consider new arguments or new evidence on reconsideration where those arguments were available to the movant prior to the order. *Id.*

Here, Plaintiff has not presented the Court with new

evidence that was not available to the Plaintiff prior to the entry of summary judgment, and merely states that she would like the Court to review the evidence already submitted. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for a New Trial or to Amend Judgment (Rec. Doc. 95) is **DENIED**.

New Orleans, Louisiana this the 4th day of June, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE